# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JERMMAINE RABESS, #A071040911**

    Petitioner,

vs.                                               CASE NO. 4:12cv593-RH/CAS

**ERIC H. HOLDER, JR., et al.,**

    Respondents.
_____/

## REPORT AND RECOMMENDATION

This cause is before me upon referral from the Clerk. In an order filed November 13, 2012, Petitioner was directed to file either pay the $5.00 filing fee or, alternatively, file a motion to proceed in forma pauperis by December 14, 2012. Doc. 3. Petitioner was specifically warned that a recommendation would be made that this case be dismissed if there was a failure to comply with that order. To date, no response has been received from the Petitioner.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order. <u>Moon v. Newsome</u>, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert.*

*denied*, 493 U.S. 863 (1989). Since Petitioner has failed to comply with an order or to prosecute this case, his petition should now be dismissed without prejudice.

Petitioner shall have a 14 day period after service of this report and recommendation in which to file objections. This will also afford Petitioner a final opportunity to show good cause for this failure to respond. Petitioner may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice.**

**IN CHAMBERS** at Tallahassee, Florida, on February 5, 2013.

s/ Charles A. Stampelos
CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.